IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:14CR1 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMIE SPEELMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On oral motion of the plaintiff made in open court on February 12, 2015,

IT IS ORDERED that the indictment in this matter is dismissed as to defendant Jamie Speelman.

DATED this 17th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court